# United States District Court

## FOR THE NORTHERN DISTRICT OF GEORGIA



FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 20 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

**ERIC MICHAEL BROWN,**

    Plaintiff

Vs.

**COMPLAINT**

**LexisNexis RISK SOLUTIONS, LLC**

    Defendant.

**1:23-CV- 4822**

## PARTIES AND JURISDICTION

Plaintiff is a citizen of the United States and of the State of Georgia and resides in the District of Georgia.

The Defendant is a Consumer and Credit Reporting Service registered to do business in the State and District of Georgia.

This action is brought for penalties and damages due to violations of the Fair Credit Reporting Act, 15 U.S.C. §1681 et. seq.

Jurisdiction is conferred on this court by the Fair Credit Reporting Act, 15 U.S.C. §1681 g, by subsection(p) and (w) of section 603{15 U.S.C. §1681 a}. And by section 609{15 U.S.C. §1681 g}, |.

## Claims for Relief

On or about the early month of August while applying for Insurance, the plaintiff became aware of LexisNexis Risk Solutions a Consumer and Credit Reporting Company. Only through due diligence was the plaintiff able to find this source after being denied insurance several times by several major insurance companies. Plaintiff requested a consumer report from the

stated agency and received a digital report containing over 230 pages. The consumer report could only be viewed though the site and not downloaded. This report included an excessive amount of inaccurate information, including but not limited to 39 different insurance claims.

Plaintiff has on several occasions tried to have this situation resolved, by filing disputes since August of 2022. Speaking with multiple representatives of the company they have noticed the inaccurate information in the reports and have tried to resolve this issue unsuccessfully. Plaintiff has provided all information needed to prove his identity to show this claim is inaccurate. Plaintiff has never experienced such actions before where a Company is unwilling to remove inaccurate information, where plaintiff has provided all the information needed to prove his innocence. Plaintiff has experienced a great deal of inconvenience as well as being overcharged for insurance and other credit due to the alleged reports. Defendant has denied Plaintiff the due changes to his consumer report and has there forth clearly violated the law set-forth under the Fair Credit Reporting Act, 15 U.S.C. §1681 et. seq., and may have violated other Consumer Reporting Acts to be construed by the Governing Court.  The plaintiff is entitled to actual damages in an amount equal to (proof shown in event of trial) but no less than $2000.00. (Two Thousand Dollars).

Defendant willfully violating the stated Act has brought upon the defendant incidental damages in the amount of (proof shown in event of trail) but no less than $8000.00. (Eight Thousand Dollars). Plaintiff in addition prays for punitive damages in the amount of (proof shown in the event of trail) but no less than $22,000,000.00 (Twenty-Two Million Dollars) in violation of the stated Act.

## PRAYER

Plaintiff prays for:

A. An award for actual, incidental, and punitive damages in the sum to be shown by evidence at trial. But in no event less than $22,010,000.00 (Twenty-Two Million Ten Thousand Dollars).

B. An award for Plaintiff's attorney fees.

C. An award for Plaintiff's cost, and

D. All other relief to which the Plaintiff may be entitled.

Dated: 10-20-2023

Plaintiff:

s/ *Eric Brown*

Eric Brown (PRO SE)
11483 Summer Creek Dr.
Hampton GA, 30228

Defendant:

LexisNexis Risk Solutions,
Consumer Center location:
P.O. Box 105108
Atlanta GA, 30348

LexisNexis Risk Solutions,
Corporate Office
1000 Alderman Dr.
Alpharetta GA, 30005