UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC MICHAEL BROWN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LEXISNEXIS RISK SOLUTIONS INC.,<br><br>　　　　Defendant. | Case No. 1:23-cv-04822-LMM-RGV |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Eric Michael Brown and Defendant LexisNexis Risk Solutions Inc. (collectively, the "Parties") hereby stipulate to the dismissal of all claims in this action against LexisNexis Risk Solutions Inc. with prejudice.  Both Parties will bear their respective costs and fees.

　　IT IS SO STIPULATED.

Respectfully submitted this 5th day of February, 2024.

| | |
|---|---|
| /s/ Eric Michael Brown[1] | /s/ William J. Repko III |
| ERIC MICHAEL BROWN | WILLIAM J. REPKO III |
| Pro se | Georgia Bar No. 301797 |
| morningstorm700@gmail.com | jay.repko@alston.com |
| | |
| 11483 Summer Creek Drive | ALSTON & BIRD LLP |
| Hampton, GA 30228-2683 | 1201 West Peachtree Street NE, #4900 |
| Telephone: (657) 221-0325 | Atlanta, GA 30309-3424 |
| | Telephone: (404) 881-7683 |
| | |
| *Plaintiff* | *Attorney for Defendant* |

---

[1] Signature added with express permission.

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in Times New Roman, 14-point font.

/s/ William J. Repko III
WILLIAM J. REPKO III
Georgia Bar No. 301797
jay.repko@alston.com

ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7683

*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

This is to certify that on February 5, 2024, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will automatically send an email notification of such filing to all attorneys of record.

/s/ William J. Repko III
WILLIAM J. REPKO III
Georgia Bar No. 301797
jay.repko@alston.com